■ In the Matter of EQR-50 West 77 LLC, Petitioner, v Marilyn Shafer et al., Respondents. [893 NYS2d 799]—

Concur—Tom, J.P., Andrias, Sweeny and Manzanet-Daniels, JJ.

■ Alan Green, Appellant, v Combined Life Insurance Co. of New York et al., Respondents. [892 NYS2d 760]—

Plaintiff alleges he was defamed by defendant Downie's written report to the insurer defendants of his interview with and examination of plaintiff. Even if defamatory, the statements are protected by a qualified privilege because they were made in a medical report to the insurer (see Gould v Broad, 22 AD2d 800 [1964], affd 16 NY2d 666 [1965]). Plaintiff's conclusory allegations of malice are insufficient to overcome the privilege (see Ferguson v Sherman Sq. Realty Corp., 30 AD3d 288 [2006]). Concur—Andrias, J.P., McGuire, Moskowitz, Freedman and Román, JJ.